IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 17-3054-01-CR-S-SRB |
|---|---|
| Plaintiff, | **COUNT 1:**<br>18 U.S.C. § 1014<br>NMT 30 Years Imprisonment<br>NMT $1,000,000 fine<br>NMT 5 Years Supervised Release<br>Class B Felony<br>Mandatory Restitution |
| v. | |
| KEITH RAY SMITH,<br>[DOB: 09/15/1972], | |
| Defendant. | |
| | **COUNT 2:**<br>18 U.S.C. § 1028A<br>Mandatory Term of 2 Years Imprisonment<br>Consecutive to Other Counts of Conviction<br>NMT $250,000 Fine<br>NMT 1 Year Supervised Release<br>Class E Felony |
| | **FORFEITURE ALLEGATION**<br>18 U.S.C. § 982(a)(2)(A) |
| | $100 Special Assessment (Each Count) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
(18 U.S.C. § 1014 – False Statement/Report on Loan Application)

On or about June 2, 2016, said date being approximate, in Texas County, within the Western District of Missouri, and elsewhere, the defendant, **KEITH RAY SMITH**, did knowingly make a material false statement and report for the purpose of influencing the action of Community Bank, N.A., which was a financial institution that was at the time of this incident, insured by the Federal Deposit Insurance Corporation (FDIC), in connection

with a loan application for M.A. and D.A., in that the defendant submitted and approved a loan application in the name of M.A. and D.A., when in truth and in fact, the defendant well knew that M.A. and D.A. never authorized the submission of a loan application to Community Bank, N.A., for approval. All in violation of Title 18, United States Code, Section 1014.

## COUNT 2
(18 U.S.C. § 1028A – Aggravated Identity Theft)

On or about June 2, 2016, said date being approximate, in Texas County, in the Western District of Missouri, and elsewhere, the defendant, **KEITH RAY SMITH**, knowingly possessed and used, without lawful authority, means of identification of another person, during and in relation to the offense of Making a False Statement on a Loan Application, in violation of Title 18, United States Code, Section 1014, namely, a loan application submitted and signed to individuals identified herein as "M.A." and "D.A." The defendant submitted the loan application without the authority of either M.A. or D.A. utilizing the personal social security numbers and the bank account numbers of both individuals. All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATION

The allegations of Count 1 in this information are hereby repeated and re-alleged as if fully set forth herein for the purpose of alleging forfeiture to the United States pursuant to the provision of Title 18, United States Code, Sections 982(a)(2)(A).

The property, real and personal, of defendant **KEITH RAY SMITH**, obtained, directly or indirectly, as a result of the violation of law set out in Count 1 of this information

and which constitutes, is derived from, and is traceable to the proceeds obtained directly or indirectly from the criminal conduct alleged in Count 1 of this information, is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A).

Specifically, subject to forfeiture is property valued at **$151,040.03** in United States Currency, in that such sum in the aggregate constitutes the proceeds, the defendant obtained directly from the commission of the offense alleged in Count 1.

If any of the property described in the above paragraph, as a result of any act or omission of the defendant,

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred to, sold to, or deposited with a third person;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; and/or

    (E)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

3

Case 6:17-cr-03054-SRB   Document 7   Filed 04/17/17   Page 3 of 4

defendant up to the value of the property described above, or elsewhere, as being subject to forfeiture.

>
> Thomas M. Larson
> Acting United States Attorney
>
> By /s/ Patrick
>
> Patrick A.N. Carney
> Assistant United States Attorney

DATED: 4/17/2017
Springfield, Missouri